1

2

3

4

5

6

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

7

8   UNITED STATES OF AMERICA,

         Plaintiff,

9            v.

10  DAX TERRY,

11       Defendant.

12

Case No. 2:17-mj-1134-GWF

**ORDER TO UNSEAL CASE**

13

14      Based on the Motion of the Government, and good cause appearing therefore, IT IS

15  HEREBY ORDERED that the instant case shall be unsealed.

16      **DATED** this ___27th___ day of February, 2018.

17

18      _____

19      UNITED STATES MAGISTRATE JUDGE

20

21

22

23